**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

WILLIAM WEAVER, on behalf of himself and   :
    others similarly situated,   :

      Plaintiff   :

v.   :   Case No.: 9:24-cv-81292-AHS

URBAN SOLAR LLC and ELHAAN INC.,   :

    Defendants   :

## DEFENDANT ELHAAN INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Defendant Elhaan, Inc. ("Defendant" or "Elhaan"), by and through counsel, pursuant to Fed. R. Civ. P. 7.1 hereby files this Corporate Disclosure Statement and Certificate of Interested Persons, and states as follows:

1. Defendant is a nongovernmental corporate party.

2. Defendant is a corporation incorporated under the laws of the State of Maryland.

3. Elhaan states that the following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

    a. Elhaan, Inc.; and

    b. Abuzar Mian

4. Elhaan does not have any other parent companies, subsidiaries or any other identifiable legal entities with a financial interest in the outcome of this case.

Dated: December 9, 2024

Respectfully submitted,

THE LAW OFFICES OF RONALD S. CANTER, LLC


*/s/ Ronald S. Canter*

Ronald S. Canter, Esquire, #335045
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850-4424
301.424.7490 (telephone) | 301.424.7470 (facsimile)
rcanter@roncanterllc.com (e-mail)
**Counsel for Defendant, Elhaan, Inc.**

*Local Address*:
400 S. Dixie Hwy #322
Boca Raton, Florida 33432

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was transmitted electronically this 9th day of December, 2024, to:

Avi R. Kaufman, Esq.
Rachel E. Kaufman, Esq.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
kaufman@kaufmanpa.com
**Counsel for Plaintiff,**
**William Weaver**

Christopher M. Horton, Esq.
Erica Maria Alvarado Gomez, Esq.
101 N.E. Third Avenue, Suite 1910
Fort Lauderdale, FL 33301
cmhorton@smithcurrie.com
emgomez@smithcurrie.com
**Counsel for Defendant,**
**Urban Solar, LLC**


*/s/ Ronald S. Canter*

Ronald S. Canter

2